# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| IN RE:<br><br>Ramon A Luciano,<br>    Debtor<br>Janet A Luciano<br>    Joint Debtor.<br>_____/ | CASE NO.: 6:20-bk-01617-LVV<br>CHAPTER 7 |
|---|---|

## LIMITED RESPONSE TO MOTION TO SELL

**COMES NOW**, The Bank Of New York Mellon Trust Company, N.A., As Successor-In-Interest To All Permitted Successors And Assigns OF JPMORGAN Chase Bank As Trustee For Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates, Series 2004-AP2 ("Secured Creditor"), by and through undersigned counsel, hereby files its Limited Response to Motion to Sell ("Motion") (DE# 43) and, in support thereof, states as follows:

1. Secured Creditor holds a first lien on the subject property located at 3628 Kariba Ct Kissimmee Florida 34746 (the "Property").

2. On April 16, 2021 Ramon A Luciano and Janet A Luciano ("Debtors") filed a Motion to Sell for $235,000.00.

3. Secured Creditor has approved a short sale with a purchase price of $235,000.00 and proceed to meet or exceed $195,003.47 Secured Creditor will provide an updated payoff at or near the scheduled closing of the sale.

4. Secured Creditor does not object to the Debtor's Motion to the extent that any sale is subject to Secured Creditor's lien and/or short sale approval and that Secured Creditor's lien will be paid in full at the closing of said sale based upon an up to date payoff quote and/or short sale approval.

5. Secured Creditor is filing its Response in an abundance of caution, as Secured Creditor wants it to be clear that it should not be compelled to participate in a sale of the property absent payment in full of Secured Creditor's mortgage lien on the real property without being given the right to credit bid pursuant to 11 U.S.C. § 363(k).

6. Furthermore, Secured Creditor requests that failure to complete any sale within 90-days of entry of this Order will result in any Order authorizing the sale to be deemed moot.

7. Secured Creditor reserves the right to supplement this response at or prior to any hearing on this matter.

**WHEREFORE,** Secured Creditor respectfully requests entry of an order in compliance with the above conditions and for such other and further relief as the Court deems just and proper.

> Robertson, Anschutz, Schneid, Crane & Partners, PLLC.
> Authorized Agent for Secured Creditor
> 6409 Congress Ave., Suite 100
> Boca Raton, FL 33487
> Telephone: 561-241-6901
> Facsimile: 561-997-6909
> By: /s/ Nathalie Rodriguez
> Nathalie Rodriguez, Esq.
> Florida Bar Number 125114
> E-mail: nrodriguez@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 4, 2021 I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and caused to be served a true and correct copy via CM/ECF or United States Mail to the following parties:

Ramon A Luciano
3628 Kariba Court
Kissimmee, FL 34746

Janet A Luciano
3628 Kariba Court
Kissimmee, FL 34746

A. Clifton Black, Attorney at Law
100 North John Young Parkway, Suite B
Kissimmee, FL 34741

Emerson C Noble
Post Office Box 622798
Oviedo, FL 32762-2798

United States Trustee - ORL7/13
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC.
    Authorized Agent for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-997-6909
    By: /s/ Nathalie Rodriguez
    Nathalie Rodriguez, Esq.
    Florida Bar Number 125114
    E-mail: nrodriguez@raslg.com